JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PARTIDA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATER BROS. MARKETS, A corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 5:18-cv-02600-SJO (KKx)<br>[Assigned to Hon. S. James Otero]<br><br>[~~PROPOSED~~] ORDER TO REMAND CASE TO STATE COURT |

# ORDER

On August 14, 2019, the Parties in the above referenced action have filed a Joint Stipulation to Remand Case to State Court. The Court, having reviewed that joint stipulation and good cause appearing, orders as follows:

1. The Parties' joint stipulation is approved;
2. Central District of California case number 5:18-cv-02600-SJO (KKx) styled *Elizabeth Partida v. Stater Bros. Market* is hereby remanded to San Bernardino County Superior Court.

IT IS SO ORDERED.

Date: August 15, 2019

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE